# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **RONALD SATISH EMRIT ET AL** | **CASE NO. 2:25-CV-00485** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **COBB GONZALEZ LAW FIRM ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a Report and Recommendation [Doc. 6] of the Magistrate Judge, recommending on initial review under 28 U.S.C. § 1915 that this matter be dismissed.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

It is hereby **ORDERED ADJUDGED AND DECREED** that plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER RECOMMENDED** that any pending motions in this matter should be **DISMISSED AS MOOT.**

**THUS DONE AND SIGNED** in Chambers on this 14th day of November, 2025.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**